IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRATEGIC FUNDING SOURCE INC,

    Plaintiff,

  v.

DANIEL SCHEROTTER,

    Defendant.
_____/

No. C 11-00649 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On May 24, 2011, this Court stayed this matter pending resolution of a bankruptcy proceeding. The Court HEREBY ORDERS the parties to submit a status report by no later than February 24, 2012, advising the Court of the status of those proceedings and whether the stay may be lifted.

**IT IS SO ORDERED.**

Dated: February 7, 2012

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE