United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   STRATEGIC FUNDING SOURCE INC,

10          Plaintiff,                               No. C 11-00649 JSW

11     v.                                            **ORDER REQUIRING JOINT
                                                     STATUS REPORT**
12   DANIEL SCHEROTTER,

13          Defendant.

14   _____/

15          On May 24, 2011, this Court stayed this matter pending resolution of a bankruptcy

16   proceeding.  The Court HEREBY ORDERS the parties to submit a status report by no later than

17   February 24, 2012, advising the Court of the status of those proceedings and whether the stay

18   may be lifted.

19          **IT IS SO ORDERED.**

20

21   Dated: February 7, 2012

22                                                   _____
                                                     JEFFREY S. WHITE
23                                                   UNITED STATES DISTRICT JUDGE

24
25
26
27
28