KILPATRICK TOWNSEND & STOCKTON LLP
TALI L. ALBAN (State Bar No. 233964)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: tlalban@kilpatricktownsend.com

OF COUNSEL:
KILPATRICK TOWNSEND & STOCKTON LLP
Mark D. Taylor (DC Bar No. 436645)
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 585-0044
Email: mdtaylor@kilpatricktownsend.com

Attorneys for Plaintiff
STRATEGIC FUNDING SOURCE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| STRATEGIC FUNDING SOURCE, INC., | Case No. C 11-00649 JSW |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF VOLUNTARY DISMISSAL |
| DANIEL SCHEROTTER, | |
| Defendant. | |



[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
CASE NO. C 11-00649 JSW

1  Upon consideration of the Notice of Voluntary Dismissal of Complaint With Prejudice,
2  filed by Plaintiff Strategic Funding Source, Inc., pursuant to Federal Rule of Civil Procedure
3  41(a)(1),
4  It is ORDERED that the action against Daniel Scherotter is hereby dismissed with
5  prejudice.
6  IT IS SO ORDERED.

8  DATED: February 15, 2012           _____
9                                      Honorable Jeffrey S. White
                                       United States District Court Judge

11  63978089 v1



[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
CASE NO. C 11-00649 JSW                                                  - 1 -