KILPATRICK TOWNSEND & STOCKTON LLP
TALI L. ALBAN (State Bar No. 233964)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: tlalban@kilpatricktownsend.com

OF COUNSEL:
KILPATRICK TOWNSEND & STOCKTON LLP
Mark D. Taylor (DC Bar No. 436645)
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 585-0044
Email: mdtaylor@kilpatricktownsend.com

Attorneys for Plaintiff
STRATEGIC FUNDING SOURCE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRATEGIC FUNDING SOURCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL SCHEROTTER, <br><br> Defendant. | Case No. C 11-00649 JSW <br><br> [PROPOSED] ORDER OF VOLUNTARY DISMISSAL |



1  Upon consideration of the Notice of Voluntary Dismissal of Complaint With Prejudice,
2  filed by Plaintiff Strategic Funding Source, Inc., pursuant to Federal Rule of Civil Procedure
3  41(a)(1),
4  It is ORDERED that the action against Daniel Scherotter is hereby dismissed with
5  prejudice.
6  IT IS SO ORDERED.

8  DATED: February 15, 2012  _____
9  Honorable Jeffrey S. White
   United States District Court Judge

11  63978089 v1



[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
CASE NO. C 11-00649 JSW                                                                     - 1 -